# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO R. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. L. ROSS, Warden,<br><br>　　　　Defendant. | Case No. EDCV 06-131-ABC (JWJ)<br><br>**MEMORANDUM AND ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS CIVIL RIGHTS COMPLAINT WITHOUT PREJUDICE** |

　　　　On February 6, 2006, plaintiff Olvaldo R. Gonzalez, a state prisoner proceeding pro se, filed a "Civil Rights Complaint" (42 U.S.C. § 1983) ("Complaint").

　　　　On March 12, 2009, plaintiff filed a "Notice of Dismissal." ("Motion for Voluntary Dismissal").

　　　　This Court will allow plaintiff to voluntarily withdraw the civil rights complaint and will dismiss this action without prejudice.

## ORDER

　　　　Accordingly, **IT IS ORDERED** that plaintiff's request to withdraw the civil rights complaint is granted and the case is dismissed without prejudice.

1     **IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy
2 of this Order on plaintiff and counsel for defendant.
3 DATED: March 23, 2009

                */s/ Audrey B. Collins*
                _____
                AUDREY B. COLLINS
                United States District Judge

7 Presented by:
8 DATED: March 20, 2009

10     _____/s/_____
        JEFFREY W. JOHNSON
11    United States Magistrate Judge